UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHENZHEN TUOZHU TECHNOLOGY CO., LTD., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MONTRONIX, INC.,<br><br>Defendant. | Case No. 26-mc-50055<br>Honorable Brandy R. McMillion<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER REQUIRING PROOF OF SERVICE

Plaintiffs move to compel Defendant Montronix, Inc.'s, compliance with a subpoena to produce documents and to appear for a deposition, issued under Federal Rule of Civil Procedure 45 in connection with an action pending in the Eastern District of Texas.  ECF No. 1.  The Honorable Brandy R. McMillion referred the motion to the undersigned for hearing and determination under 28 U.S.C. § 636(b)(1)(A).  ECF No. 3.

Plaintiffs' initiating motion and memorandum in support, filed on January 20, 2026, do not include a certificate of service.  ECF No. 1; ECF No. 2.  **By February 9, 2026**, plaintiffs must file proof that the motion to compel was served on Montronix.

            s/Elizabeth A. Stafford
            ELIZABETH A. STAFFORD
            United States Magistrate Judge

Dated: February 3, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 3, 2026.

            s/Davon Allen
            DAVON ALLEN
            Case Manager