UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHENZHEN TUOZHU TECHNOLOGY CO., LTD., *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>MONTRONIX, INC.,<br><br>                              Defendant. | Case No. 26-mc-50055<br>Honorable Brandy R. McMillion<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER GRANTING MOVANTS' MOTION TO COMPEL
## (ECF NO. 1)

This is a miscellaneous action to compel compliance with a deposition subpoena issued under Federal Rule of Civil Procedure 45 in an action pending in the Eastern District of Texas.  ECF No. 1; ECF No. 2. The Honorable Brandy R. McMillion referred the motion to the undersigned for hearing and determination under 28 U.S.C. § 636(b)(1)(A).  ECF No. 4

Movants served subpoenas for a Rule 30(b)(6) deposition and to produce documents on Montronix, Inc., a nonparty to the Texas litigation, in September 2025.  ECF No. 2-1.; ECF No. 2-2.  Montronix produced some documents but has not produced a witness for deposition, claiming that it

no longer has employees with knowledge of the deposition topics.  ECF No. 2, PageID.8.  Movants seek to compel Montronix's production of a deposition witness.  *Id.*

For the reasons stated on the record during a motion hearing held on April 23, 2026, the Court **GRANTS** movants' motion.  Montronix must produce a Rule 30(b)(6) witness to testify: (1) whether Montronix sold the Spectra Pulse in the United States before October 2012 as described in the produced documents, (2) as to the authenticity of the documents that were produced, and (3) whether the keeping those documents was a regular practice of Montronix.  *See* ECF No. 2-4, PageID.144.  The witness must also be prepared to testify about the steps Montronix took to investigate the above topics, the sources of information it reviewed, the persons it consulted, the documents and electronically stored information it searched, the limits of the information available to it, and the factual basis for any assertion that responsive information is not known or reasonably available to the organization.  *See Horizon Glob. Americas, Inc. v. Curt Mfg., LLC*, No. 17-11879, 2025 WL 1096398, at *8 (E.D. Mich. Apr. 11, 2025); *Wells Fargo Bank, N.A. v. LaSalle Bank Nat'l Ass'n*, No. 3:07-CV-449, 2008 WL 11351416, at *2 (S.D. Ohio Oct. 30, 2008); *United Techs. Motor Sys., Inc. v. Borg-Warner Auto., Inc.*, No. CIV.A. 97-71706, 1998 WL 1796257, at *2

(E.D. Mich. Sept. 4, 1998).  This deposition must take place **by May 22, 2026**.

As explained on the record, the Court also denies Montronix's request that movants reimburse the costs it incurs in preparing a Rule 30(b)(6) witness, as the task is not an onerous one.  The Court also declines to order that the deposition be conducted remotely, as that issue was not properly before the Court via a motion, and there is a presumption that depositions will take place in person in the forum where the litigation is pending.  *See Milisits v. FCA US LLC*, No. 20-cv-11578, 2022 WL 995282, at *2 (E.D. Mich. Apr. 1, 2022).  That said, the deposition may be conducted remotely if movants and Montronix so stipulate.

The Court will hold this matter open until **June 22, 2026** to resolve any issues arising from this order or from the deposition.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: April 27, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a**

**magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 27, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager

4